**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                FOR THE NORTHERN DISTRICT OF CALIFORNIA

4
                                         No. C 06-01923 CW
5    WARNER BROS. ENTERTAINMENT INC.,
                                         ORDER
6            Plaintiff,

7        v.

8    LILIAN YABUT,

9            Defendant.
     _____/
10

11       Default having been entered by the Clerk on June 30, 2006,

12       IT IS HEREBY ORDERED that Plaintiff shall file a motion for

13   default judgment within 30 days from the date of this order, and

14   upon filing of motion for default judgment, said motion will be

15   referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be

16   heard and considered at the convenience of his/her calendar.  The

17   Magistrate Judge shall prepare findings and recommendation on the

18   motion.

19       IT IS FURTHER ORDERED that the Case Management Conference

20   previously set for September 15, 2006, is continued to December 15,

21   2006.

22

23   Dated: 7/10/06                    _Claudia Wilken_____

24                                     CLAUDIA WILKEN
                                       United States District Judge
25

26
     cc:  Wings
27

28