IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT, INC., | No.06-01923 CW |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| LILIAN YABUT, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation Re: Plaintiff's Motion for Default Judgment, as well as Plaintiff's objection to the report and its motion for de novo determination. The Court reviewed the Magistrate Judge's recommendations de novo and finds them correct, well-reasoned and thorough.[1]  Accordingly, the Court will enter judgment on the terms recommended by the Magistrate Judge. The Case Management Conference, previously set for December 15, 2006, is vacated.

IT IS HEREBY ORDERED that Plaintiff's Motion for Default

---

[1] The Court notes the clerical arithmetical error in the Conclusion of Magistrate Judge's Report and Recommendation. The correct amount recommended should be $5,689.19.

1  Judgment is GRANTED.  The Clerk shall enter judgment.

3  Dated: 12/12/06

                                              CLAUDIA WILKEN
                                              United States District Judge